**Dismissed and Memorandum Majority and Dissenting Opinions filed August 15, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00351-CV**
**NO. 14-24-00362-CV**
**NO. 14-24-00459-CV**
**NO. 14-24-00460-CV**

---

**IN THE MATTER OF C.K.G., Appellant**

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2024-00894J & 2024-00895J**

---

### MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order appointing guardian ad litem. Appellant filed a notice of appeal on May 13, 2024. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d

266, 272 (Tex. 1992) (orig. proceeding). There is no appealable order or judgment in the record before this court.

On July 25, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before August 5, 2024. *See* Tex. R. App. P. 42.3(a). Appellant did not file a response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Poissant. (Spain, J., dissenting).